UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JACOB DILLINGHAM on behalf of himself and all others similarly situated,
    Plaintiff,

vs.

MAUSER USA, LLC,
    Defendant.

Case No. 1:18-cv-70
Barrett, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's motion to stay discovery (Doc. 35), which defendant indicates it does not oppose (Doc. 37).

Plaintiff moves for a stay of discovery pending the Court's resolution of plaintiff's motion to dismiss without prejudice under Fed. R. Civ. P. 41(a)(2) and defendant's response in opposition thereto, which specifically requests that dismissal be with prejudice. (*See* Docs. 33, 36). Plaintiff maintains that a stay of discovery is "[i]n the interest of the Parties not incurring unneeded costs, expenses, and time spent on these matters." (Doc. 35 at 1).

For good cause shown, plaintiff's motion (Doc. 35) is **GRANTED**. Discovery is **STAYED** pending further order of the Court.

    **IT IS SO ORDERED**.

Date: 11/28/18

Karen L. Litkovitz
United States Magistrate Judge